THE JAMES LAW FIRM
445 HAMILTON AVENUE
SUITE 1102
WHITE PLAINS, NY 10601

T: (914) 358 6423
F: (914) 358 6424
JJAMES@JACQUELINEJAMESLAW.COM
JACQUELINEJAMESLAW.COM

February 4, 2026

**Application GRANTED. Plaintiff shall effect service by April 21, 2026.**

The Honorable Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

The Clerk of Court is directed to terminate ECF No. 8.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: February 9, 2026

*Re: 1:25-cv-09727-JHR; Plaintiff's Request for an Extension of Time Within Which to Effectuate Service on Defendant*

Dear Judge Rearden,

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. Plaintiff respectfully requests an extension of the time within which to effectuate service on John Doe.

On November 22, 2025, Plaintiff filed the instant case against John Doe subscriber assigned IP address 75.214.171.6 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol.

On December 16, 2025, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third-party subpoena on Defendant's ISP.

As of the date of this filing, Plaintiff's Motion for Leave is still pending before the Court. Without permission to serve a third-party subpoena on Defendant's ISP, Plaintiff cannot learn Defendant's identity and, therefore, is currently unable to comply with the deadline to effect service of process.

Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effect service on the Defendant no later than February 20, 2026. Because Defendant's identity is unknown to Plaintiff at this time, Plaintiff is unable to comply with the current deadline to effect service of process.

1

For the foregoing reasons, Plaintiff respectfully requests that the deadline to effect service of the summons and Amended Complaint on Defendant be extended for an additional sixty (60) days, and thus the deadline to effect service be extended to April 21, 2026.

Respectfully Submitted,


By: /s/*Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
jjames@jacquelinejameslaw.com

2